PS-8
8/88

# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Erica A. McCrae                                    Docket No. 5:12-MJ-1938-1

### Petition for Action on Conditions of Pretrial Release

      COMES NOW Eddie J. Smith, probation officer of the court, presenting an official report upon the conduct of defendant, Erica A. McCrae, who was placed under pretrial release supervision by the Honorable James E. Gates, U.S. Magistrate Judge, sitting in the Court at Fayetteville, NC, on the 11th day of December, 2012, under the following conditions:

- Report to the probation office or supervising officer as directed.

- Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

- Submit to any testing required by the pretrial services office or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which are required as a condition of release.

- Participate in a program of inpatient or outpatient substance abuse therapy and counseling if the pretrial services office or supervising officer considers it advisable.

- Refrain from assaulting or threatening to assault or harm any person during the period of supervision. Report as soon as possible to the supervising officer any contact with law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

      **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

      On July 10, 2013, the defendant was charged in Cumberland County, NC, with the offense of Shoplifting Concealment Goods (13CR715480). According to the charging document, the defendant did conceal a tube of lip gloss valued at $38 from JC Penney while still in the store and without purchasing the merchandise. When questioned about this incident by the probation officer, the defendant admits guilt in the offense.

Erica A. McCrae
Docket No. 5:12-MJ-1938-1
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that a hearing be scheduled for August 7, 2013, in Fayetteville, NC, to determine if the defendant's supervision should be revoked.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert K. Britt | /s/Eddie J. Smith |
| Robert K. Britt<br>Senior U.S. Probation Officer | Eddie J. Smith<br>U.S. Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5730<br>Phone: (910) 483-8613<br>Executed On: July 15, 2013 |

### ORDER OF COURT

Considered and ordered this __15th__ day of ____July____, 2013, and ordered filed and made a part of the records in the above case.

_____
James E. Gates
United States Magistrate Judge